**FILED**

DEC 0 9 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISHMAEL CARTER,<br><br>    Plaintiff,<br><br>v.<br><br>CLIFF ALLENBY, et al.,<br><br>    Defendants. | No. C 14-04709 BLF (PR)<br><br>**ORDER OF TRANSFER** |

    Plaintiff, a civil detainee under the California's Sexually Violent Predator Act proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983 against officials at the Coalinga State Hospital. Because the acts complained of occurred in Fresno County, which lies within the venue of the Eastern District of California, *see* 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

    The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

    **IT IS SO ORDERED.**

DATED: 12-9-2014

                                               BETH LABSON FREEMAN
                                               United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ISHMAEL CARTER,

        Plaintiff,

v.

CLIFF ALLENBY, et al.,

        Defendants.
        _____/

Case Number: CV14-04709 BLF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __12/09/14__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ishmael Carter 688-2
Coalinga Hospital
PO Box 5003
Coalinga, CA 93210-5003

Dated: __12/09/14__

Richard W. Wieking, Clerk
G. Garcia, Deputy Clerk